1
2
3
4
5
6
7
8

9                           UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA, NORTHERN DIVISION

11  ED SNYDER,                          | CASE NO. 3:16-cv-00214-LRH-VPC

12              Plaintiff,

13        vs.                           | **STIPULATION AND ORDER FOR
                                         DISMISSAL WITH PREJUDICE**
14  GEICO GENERAL INSURANCE
15  COMPANY; JOHN DOES I-V, inclusive,
    and BLACK AND WHITE COMPNAIES,
16
              Defendants.
17

18        IT IS HEREBY STIPULATED and AGREED between Plaintiff ED SNYDER

19  ("Plaintiff"), by and through his counsel, TERRY FRIEDMAN AND JULIE THROOP,

20  PLLC, and Defendant GEICO CASUALTY COMPANY ("GEICO") by and through its

21  counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  causes of action against GEICO in the above-entitled action shall be dismissed, with

2  prejudice, each party to bear their own attorney's fees and costs.

3  DATED this 27th day of September, 2016.          DATED this 27th day of September, 2016.

5  TERRY FRIEDMAN AND JULIE          LEWIS BRISBOIS BISGAARD &
   THROOP, PLLC                      SMITH  LLP

6          */s/ Julie McGrath Throop*

7  By: _____              */s/ Danielle C. Miller*

8                                    By: _____
   TERRY A. FRIEDMAN, ESQ.          ROBERT W. FREEMAN, ESQ.
9  Nevada Bar No. 001975            Nevada Bar No. 003062
   JULIE MCGRATH THROOP, ESQ.       DANIELLE C. MILLER, ESQ.
10 Nevada Bar No. 011298            Nevada Bar No. 009127
   300 South Arlington Avenue       6385 S. Rainbow Boulevard, Suite 600
11 Reno, Nevada 89501               Las Vegas, Nevada 89118
   *Attorneys for Plaintiff*        *Attorneys for Defendant*
12                                  *GEICO Casualty Company*
                                    *erroneously sued as*
13                                  *GEICO General Insurance Company*

14
15          IT IS SO ORDERED:

16          DATED this 28th day of September, 2016.

17                                  _____
18                                  LARRY R. HICKS
                                    UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28